Brad Kane, Esq.
Kane Law Firm
1154 S Crescent Hts. Blvd.
Los Angeles, CA 90035
Tel: (323) 937-3291 / Fax: (323) 571-3579
bkane@kanelaw.la
    *Attorneys for Plaintiff*

Matthew Singer
Jessica M. Brown
HOLLAND & KNIGHT LLP
420 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Facsimile: (907) 263-6345
matt.singer@hklaw.com
jessica.brown@hklaw.com
    *Attorneys for All Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANNE REVERMANN, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>LITHIA MOTORS, INC., JACOB )<br>BALDRIDGE and HENRY CHING, )<br>)<br>        Defendants. )<br>_____ ) | Case No. 4:18-cv-00035-TMB |

## **JOINT STATUS REPORT**

Pursuant to the Court's August 12, 2019 Order, the Parties submit this Joint Status Report. The arbitration of Ms. Revermann's claims is proceeding. The parties anticipate completion of discovery depositions by November 5, 2019 and have recently re-set the

**HOLLAND &
KNIGHT LLP**
420 L Street, Suite 400
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

#71157010_v1

Case 4:18-cv-00035-TMB   Document 17   Filed 10/24/19   Page 1 of 3

arbitration hearing to January 27, 2020. Retired judge Sen Tan is serving as the arbitrator.

The parties shall submit another Joint Status Report on or before Tuesday, March 31, 2020.

Respectfully submitted this 24th day of October, 2019.

        KANE LAW FIRM
        Attorneys for Plaintiff

By: */s/ Brad Kane*
    Brad Kane, Esq. (ABA No. 9111089)
    bkane@kanelaw.la
    1154 S. Crescent Hts. Blvd.
    Los Angeles, CA 90035
    Telephone: (323) 697-9840
    Facsimile: (323) 571-3579


        HOLLAND & KNIGHT LLP
        Attorneys for All Defendants

By: */s/ Matthew Singer*
    Matthew Singer (ABA No. 9911072)
    matt.singer@hklaw.com
    420 L Street, Suite 400
    Anchorage, AK 99501
    Telephone: (907) 263-6300
    Facsimile: (907) 263-6345

**HOLLAND & KNIGHT LLP**
420 L Street, Suite 400
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

JOINT STATUS REPORT         PAGE 2 OF 3
*REVERMANN V. LITHIA, ET AL.*
CASE NO. 4:18-CV-00035-TMB

Case 4:18-cv-00035-TMB   Document 17   Filed 10/24/19   Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on October 24, 2019, a copy of the foregoing *Joint Status Report* was served via the Court's CM/ECF electronic service on the following counsel of record:

> Brad Kane, Esq.
> Kane Law Firm
> 1154 S. Crescent Hts. Blvd.
> Los Angeles, CA 90035
> bkane@kanelaw.la

                                         */s/ Matthew Singer*

**HOLLAND & KNIGHT LLP**
420 L Street, Suite 400
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

JOINT STATUS REPORT
*REVERMANN V. LITHIA, ET AL.*
CASE NO. 4:18-CV-00035-TMB

PAGE 3 OF 3

Case 4:18-cv-00035-TMB   Document 17   Filed 10/24/19   Page 3 of 3