Brad Kane, Esq.
Kane Law Firm
1154 S Crescent Hts. Blvd.
Los Angeles, CA 90035
Tel: (323) 937-3291 / Fax: (323) 571-3579
bkane@kanelaw.la
        *Attorneys for Plaintiff*

Matthew Singer
Jessica M. Brown
HOLLAND & KNIGHT LLP
420 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Facsimile:  (907) 263-6345
matt.singer@hklaw.com
jessica.brown@hklaw.com
        *Attorneys for All Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANNE REVERMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LITHIA MOTORS, INC., JACOB ) | |
| BALDRIDGE and HENRY CHING, ) | |
| ) | |
| Defendants. ) | Case No. 4:18-cv-00035-TMB |
| ) | |

## **JOINT STATUS REPORT**

Pursuant to the Court's October 25, 2019 Order (Dkt. 18), the Parties submit this

Joint Status Report.  The arbitration of Ms. Revermann's claims is proceeding.  The

arbitrator recently re-set the arbitration hearing to June 1 to 4, 2020.  Retired judge Sen

**HOLLAND &
KNIGHT LLP**
420 L Street, Suite 400
Anchorage, AK  99501
Phone:  (907) 263-6300
Fax:  (907) 263-6345

#73871903_v2

Tan is serving as the arbitrator. The parties shall submit another Joint Status Report on or before Monday, August 31, 2020.

Respectfully submitted this 30th day of March, 2020.

KANE LAW FIRM
Attorneys for Plaintiff

By: */s/ Brad Kane*

Brad Kane, Esq. (ABA No. 9111089)
bkane@kanelaw.la
1154 S. Crescent Hts. Blvd.
Los Angeles, CA 90035
Telephone: (323) 697-9840
Facsimile: (323) 571-3579

HOLLAND & KNIGHT LLP
Attorneys for All Defendants

By: */s/ Matthew Singer*

Matthew Singer (ABA No. 9911072)
matt.singer@hklaw.com
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 263-6300
Facsimile: (907) 263-6345

**HOLLAND &
KNIGHT LLP**
420 L Street, Suite 400
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

JOINT STATUS REPORT
*REVERMANN V. LITHIA, ET AL.*
CASE NO. 4:18-CV-00035-TMB

PAGE 2 OF 3

## CERTIFICATE OF SERVICE

I certify that on March 30, 2020, a copy of the foregoing *Joint Status Report* was served

via the Court's CM/ECF electronic service on the following counsel of record:

> Brad Kane, Esq.
> Kane Law Firm
> 1154 S. Crescent Hts. Blvd.
> Los Angeles, CA 90035
> bkane@kanelaw.la

*/s/ Matthew Singer*

**HOLLAND &
KNIGHT LLP**
420 L Street, Suite 400
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

JOINT STATUS REPORT
*REVERMANN V. LITHIA, ET AL.*
CASE NO. 4:18-CV-00035-TMB

PAGE 3 OF 3